The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KANG CHAO CHAI, *et al.*, | No. 2:22-cv-1119-TL |
| Plaintiffs, | STIPULATED DISMISSAL AND ~~PROPOSED~~ ORDER |
| v. | Noted for Consideration: November 23, 2022 |
| UR M. JADDOU, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case, without prejudice, on the following terms:

1. U.S. Citizenship and Immigration Services ("USCIS") has adjudicated the following Plaintiffs' Form I-829 petitions:

    a. Ning Zheng (WAC1990327013)

    b. Yanmei Zhu (WAC2090016052)

    c. Dongfang Li (WAC1990030904)

2. USCIS has taken initial action on the following Plaintiffs' Form I-829 petitions:

STIPULATED DISMISSAL
& ORDER
(C22-1119 TL) - 1

      a.    Kang Chuang Chai[1] (WAC21629900427)

      b.    Nilesh Shah (WAC1990257734)

3.    USCIS shall take initial action on the remaining Forms I-829 on the following schedule:

| Principal Plaintiff (WAC#) | Deadline for Initial Adjudicative Action from the Date of the Execution of this Stipulation |
|---|---|
| Duc Vinh Pham (WAC2290030673) | 90 days |
| Sergio Florentino Da Silva (WAC1990341825) | 120 days |
| Naveen Aggarwal (WAC2090159047) | 120 days |
| Gilberto Fernandes Magalhaes Junior (WAC2190052645) | 150 days |

4.    If review of supporting documentation reveals extenuating circumstances, the agency will make best efforts to meet the above proposed deadlines but may need additional time to review or take next action on the petition as necessary.  Extenuating circumstances may include, but are not limited to: acts of god or unforeseen natural disasters; physical incapacity of obtaining the files as necessary; and/or changed circumstances regarding necessary background checks, biometrics appointments, or national security concerns

5.    USCIS will, within 30 days of the execution of this Stipulated Dismissal, provide Plaintiffs' counsel with a report (the "Biometrics Report") indicating which, if any, Plaintiffs still

---

[1] Referred in the Complaint as Kang Chao Chai.

1 require biometric collection in order to adjudicate his or her Form I-829 filing. If any such Plaintiff does require biometrics collection as per the Biometrics Report, USCIS will place that person in the queue to schedule a biometrics appointment within 30 days of transmitting the Biometrics Report.

6. USCIS agrees to adjudicate the subject Forms I-829 in good faith. If USCIS issues a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") for any of the Plaintiff's petitions or biometrics, USCIS will take the next adjudicative action within 60 days from receipt of Plaintiffs' response(s).  This 60-day timeframe will apply to the response to any subsequent RFE or NOID issued in each Plaintiff's case.  Plaintiffs' counsel will share the tracking and confirmation information of any correspondence that is mailed to the agency to encourage timely receipt and review.

7. If a Plaintiff believes USCIS has breached this agreement in any way, he or she will notify undersigned counsel and provide USCIS with at least 14 days to remedy any such breach.  If USCIS fails to remedy said breach within 14 days (the "Cure Period"), an affected Plaintiff may file a Motion to Reopen this matter and petition this Court for the attorneys' fees and costs associated with enforcing this Stipulated Dismissal, notwithstanding whether any such alleged cure occurring <u>after</u> the Cure Period has elapsed. Defendant agrees to be subject to jurisdiction and venue regarding any such filing sought to enforce the terms and conditions of this Stipulated Dismissal, filed in this Court / within the Western District of Washington.

8. Except as otherwise provided in the preceding paragraph, the parties agree to bear their own costs and attorneys' fees.

//
//
//
//
//

STIPULATED DISMISSAL
& ORDER
(C22-1119 TL) - 3

| | |
|---|---|
| 1 | IT IS SO STIPULATED THROUGH COUNSEL OF RECORD. |
| 2 | Dated: November 23, 2022 |

                                                   Respectfully submitted,

                                                 NICHOLAS W. BROWN
                                                 United States Attorney

                                                 /*s/Michelle R. Lambert*
                                                 MICHELLE R. LAMBERT, NYS #4666657
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               1201 Pacific Avenue, Suite 700
                                               Tacoma, Washington 98402
                                               Phone: (253) 428-3824
                                               Email:  michelle.lambert@usdoj.gov
                                               *Attorneys for Defendant*

                                               */s/ Anahita M. George*
                                               ANAHITA M. GEORGE, WSBA #57799
                                               George Immigration PLLC
                                               9012 240th St. SW
                                               Edmonds, WA 98026
                                               Phone: (425) 328-9339
                                               Email:  ageorge@justimmigrationusa.com
                                               *Local Counsel*

                                               */s/ Matthew T. Galati*
                                               MATTHEW T. GALATI, PA Bar No. 312013
                                               The Galati Law Firm, LLC
                                               8080 Old York Road, Suite 225
                                               Elkins Park, PA 19027
                                               Phone: (215) 310 0231
                                               Email: matt@galati.law
                                               *Counsel Pro Hac Vice*

                                               *Counsel for Plaintiffs*

**[PROPOSED] ORDER**

The parties having so stipulated, the above is SO ORDERED. The case is DISMISSED without prejudice.

DATED this 23rd day of November 2022.

_____
Tana Lin
United States District Judge

STIPULATED DISMISSAL
& ORDER
(C22-1119 TL) - 5